**No. 10-6482. John William Gool, Jr., Petitioner v. United States.**

562 U.S. 989, 131 S. Ct. 433, 178 L. Ed. 2d 336, 2010 U.S. LEXIS 8190.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 377 Fed. Appx. 583.